USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/4/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AMAURY GOMEZ, :
:
Plaintiff, :
: 20-CV-1114 (JPC)
-v- :
: ORDER
CITY OF NEW YORK et al., :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    It is hereby ORDERED that the telephone conference scheduled for November 5, 2020 at 11:30 a.m. is hereby ADJOURNED to November 19, 2020 at 10:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: November 4, 2020
      New York, New York

                                                    JOHN P. CRONAN
                                        United States District Judge