```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
AMAURY GOMEZ,                                           :
                                                        :
                        Plaintiff,                      :
                                                        :                   20-CV-1114 (JPC)
        -v-                                             :
                                                        :                   ORDER
CITY OF NEW YORK et al.,                                :
                                                        :
                        Defendants.                     :
                                                        :
-----------------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 11/19/2020

JOHN P. CRONAN, United States District Judge:

The Court held a telephonic status conference in this case on November 19, 2020 at 10:00 a.m. It is hereby ORDERED that by December 21, 2020, Defendant City of New York shall produce to Plaintiff: (1) the names and shield numbers for any additional officers who responded to the January 31, 2020 incident alleged in the Second Amended Complaint (the "Incident"); (2) any reports or materials relating to any 911 calls about the Incident, including any recordings of any calls, sprint reports, or radio run reports; (3) any photographs or videos of the Incident, including but not limited to any body camera footage; (4) any officer memo book entries pertaining to the Incident; and (5) any reports of medical treatment received by Plaintiff following the Incident.

By December 21, 2020, the parties must also provide the Court with a joint letter as to the status of this case, including any updates on the status of the Civilian Complaint Review Board ("CCRB") investigation, the status of discovery production, and whether Plaintiff has determined whether he plans to seek leave to amend the complaint. Thereafter, the parties shall provide joint status letters with updates on the first business day of the month, with the first subsequent letter due February 1, 2021.

SO ORDERED.

Dated: November 19, 2020
       New York, New York

                                        _____
                                                JOHN P. CRONAN
                                                United States District Judge