

**THE CITY OF NEW YORK**

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **BRIAN ZAPERT**<br>*Senior Counsel*<br>Phone: (212) 356-2354<br>Fax: (212) 356-3509<br>bzapert@law.nyc.gov |

July 6, 2021

**BY ECF**
Honorable Judge Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The conference scheduled for July 20, 2021 is adjourned to July 21, 2021 at 2:00 p.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.
>
> SO ORDERED.
>
> Date:  July 6, 2021
>         New York, New York
>
> *JOHN P. CRONAN*
> JOHN P. CRONAN
> United States District Judge

Re: Amaury Gomez v. the City of New York et al.,
20 Civ. 1114 (JPC)

Your Honor:

    I am the attorney assigned to the defense of the above referenced matter. I write to request that the conference recently scheduled to occur on July 20 at 1:00pm (Dkt. No. 47) be rescheduled. I am not available on that date.

    I have conferred with plaintiff and both parties are available the following day, July 21, and we are both available on July 23 after 3pm. If those dates are not viable, I ask that you reschedule the conference at a date and time that is convenient for Your Honor.

    Thank you for your consideration.

Respectfully submitted,

*Brian Zapert* /s/
Brian Zapert
*Senior Counsel*

cc: **BY ECF**
John P. Grill, Esq.
Law Offices of John P. Grill
*Attorneys for Plaintiff*