```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
AMAURY GOMEZ,                                       :
                                                    :
                          Plaintiff,                :
                                                    :          20-CV-1114 (JPC)
            -v-                                     :
                                                    :                ORDER
CITY OF NEW YORK et al.,                            :
                                                    :
                          Defendants.               :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties have represented that since at least April 5, 2021, the Civilian Complaint Review Board ("CCRB") investigation into the incident underlying this lawsuit has been complete but has not been "signed off on" by a supervisor. *See* Dkts. 42, 43, 46. Accordingly, on July 21, 2021, the Court held a telephonic status conference to discuss the status of the CCRB investigation. During that conference, the Court scheduled a follow-up conference for August 4, 2021 at 10:00 a.m. In the event that the CCRB has not issued a decision by that date, counsel authorized to speak for the CCRB shall appear at the August 4, 2021 conference to update the Court on the timing of that decision. At the scheduled time, counsel for all parties and the CCRB should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: July 22, 2021
       New York, New York

                                          _____
                                                    JOHN P. CRONAN
                                              United States District Judge