

**G<small>EORGIA</small> M. P<small>ESTANA</small>**
*Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
**L<small>AW</small> D<small>EPARTMENT</small>**
100 CHURCH STREET
NEW YORK, NY 10007

**BRIAN ZAPERT**
*Senior Counsel*
Phone: (212) 356-2354
Fax: (212) 356-3509
bzapert@law.nyc.gov

December 3, 2021

**BY ECF**
Honorable Judge Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Amaury Gomez v. the City of New York et al.,
                20 Civ. 1114 (JPC)

Your Honor:

      I am the attorney assigned to the defense of the above referenced matter. I write to request that the conference scheduled to occur on December 14, 2021 at 10:30am be rescheduled. I have a jury trial in another matter, Hutchinson v. City of New York, et al., that is set to begin on Monday, December 13, 2021. Plaintiff's counsel, John P. Grill, consents to this request.

      I do not expect that the trial will last longer than one week and propose that the conference be rescheduled to the following week. Alternatively, please reschedule the conference to a date or time that is convenient for Your Honor.

      Thank you for your consideration.

                                                    Respectfully submitted,

                                                    *Brian Zapert* /S/

                                                    Brian Zapert
                                                    *Senior Counsel*

cc:    **BY ECF**
       John P. Grill, Esq.
       Law Offices of John P. Grill

- 2 -

*Attorneys for Plaintiff*

The parties shall appear by telephone for an Initial Pretrial Conference in this matter on December 21, 2021 at 12:00 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The parties shall submit a proposed case management plan and scheduling order to the Court by December 14, 2021.

SO ORDERED.

Date:   December 6, 2021
        New York, New York

                                                      _____
                                                      JOHN P. CRONAN
                                                      United States District Judge